IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

RECEIVED
CLERK U.S. DISTRICT COURT
AUG 23 2007
DISTRICT OF HAWAII

| | |
|---|---|
| L.P., | ) |
| | ) CIV NO. 04-00017 KSC |
| Plaintiff(s), | ) |
| | ) |
| vs. | ) RECEIPT FOR ADMINISTRATIVE |
| | ) RECORDS |
| State of Hawaii, | ) |
| | ) |
| Defendant(s). | ) |
| | ) |

I, Peggy Lau of the Department of Commerce and Consumer Affairs, the designated Court custodian of the Administrative Records on the attached list herein, acknowledge the return and receipt of said Administrative Records in the above entitled case in which a final judgment or stipulation for dismissal has been entered and the time for filing a motion for new trial or rehearing and for appeal has passed.

DATED:   Honolulu, Hawaii, _____AUG 2 3 2007_____.


_____
Signature of Custodian


Administrative Records Filed on behalf of Department of Commerce and Consumer Affairs on: __09/29/2004__.